1  JAMES E. LYONS (State Bar No. 112582)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2  Four Embarcadero Center, Suite 3800
   San Francisco, California 94111
3  Telephone:  (415) 984-6400
   Facsimile:  (415) 984-2698
4
   GARRETT J. WALTZER (State Bar No. 130764)
5  AMY S. PARK (State Bar No. 208204)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6  525 University Avenue, Suite 1100
   Palo Alto, California 94301
7  Telephone:  (650) 470-4500
   Facsimile:  (650) 470-4570
8
   Attorneys for Nominal Defendant
9  XILIX, INC.

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA
                                                    *E-FILED - 8/23/06*
12                          SAN JOSE DIVISION

13 L. A. MURPHY, in the right of and for the   )  Case No. C-06-3564-RMW
   benefit of Xilinx Inc.,                     )
14                                             )  STIPULATION AND [] ORDER
                                               )  CONTINUING INITIAL CASE
15                            Plaintiffs,      )  MANAGEMENT CONFERENCE UNTIL
                                               )  NOVEMBER 17, 2006      (jg)
16       v.                                    )
                                               )
17 WILLEM P. ROELANDTS, et al.,                )
                                               )
18                            Defendants.      )
                                               )
19       – and –                               )
                                               )
20 XILINX, INC., a Delaware corporation,       )
                                               )
21                     Nominal Defendant.      )
                                               )
22

---

STIPULATION AND [] ORDER CONTINUING INITIAL CASE
MANAGEMENT CONFERENCE - Case No. C-06-3564-RMW

1     WHEREAS, on June 2, 2006, Plaintiff L.A. Murphy commenced this shareholder derivative
2 action on behalf of nominal defendant Xilinx, Inc. against various Xilinx officers and directors;

3     WHEREAS, on June 28, 2006, Plaintiff Stephen A. Blum filed a shareholder derivative
4 complaint on behalf of nominal defendant Xilinx, Inc. against various Xilinx officers and directors;

5     WHEREAS, the parties are currently preparing a stipulation that will provide for the
6 consolidation of this case with the Blum action, for the appointment of lead plaintiff and lead
7 counsel, and for a schedule by which plaintiffs will file a consolidated complaint and defendants
8 may answer, move or otherwise respond to the consolidated complaint;

9     WHEREAS, an initial case management conference in this case has been set for September
10 8, 2006 in this Court;

11     WHEREAS, in light of the foregoing, the parties believe that a September 8, 2006 case
12 management conference would be premature;

13     IT IS HEREBY STIPULATED AND AGREED, subject to Court approval, that the initial
14 case management conference scheduled for September 8, 2006 at 10:30 a.m. shall be continued until
15 November 17, 2006 at 10:30 a.m.    (jg)

16     IT IS SO STIPULATED.

17

18 DATED: August 18, 2006              WOLF HALDENSTEIN ADLER
                                              FREEMAN & HURZ LLP
19                                     FRANCIS M. GREGOREK
                                    BETSY C. MANIFOLD
20                                     FRANCIS A. BOTTINI, JR.
                                    RACHELE R. RICKERT

21

22                                         /s/ Betsy C. Manifold
                                    BETSY C. MANIFOLD
23

24                                   750 B Street, Suite 2770
                                  San Diego, CA 92101
25                                   Telephone: 619/239-4599
                                  619/234-4599 (fax)

26                                   Attorneys for Plaintiff L.A. Murphy

27

28

STIPULATION AND [] ORDER CONTINUING INITIAL CASE
MANAGEMENT CONFERENCE - Case No. C-06-3564-RMW   - 1 -
418656.01-Los Angeles Server 1A                                       MSW - Draft August 18, 2006 - 1:22 PM

| | | |
|---|---|---|
| 1 | DATED: August 18, 2006 | SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP |
| 2 | | GARRET J. WALTZER<br>AMY S. PARK |
| 3 | | |
| 4 | | |
| 5 | |        /s/ Amy S. Park<br>AMY S. PARK |
| 6 | | 525 University Avenue, Suite 1100<br>Palo Alto, CA 94301 |
| 7 | | Telephone: 650/470-4500<br>650/470-4570 (fax) |
| 8 | | |
| 9 | | JAMES E. LYONS (State Bar No. 112582)<br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP |
| 10 | | Four Embarcadero Center, Suite 3800<br>San Francisco, California 94111 |
| 11 | | Telephone: (415) 984-6400<br>Facsimile: (415) 984-2698 |
| 12 | | Attorneys for Nominal Defendant Xilinx, Inc. |
| 13 | | |
| 14 | DATED: August 18, 2006 | HELLER EHRMAN LLP<br>NORMAN J. BLEARS |
| 15 | | |
| 16 | | |
| 17 | |        /s/ Norman J. Blears<br>_NORMAN J. BLEARS |
| 18 | | 275 Middlefield Road<br>Menlo Park, CA 94025 |
| 19 | | Telephone: 650/324-7000<br>Facsimile: 650/324-0638 |

STIPULATION AND [] ORDER CONTINUING INITIAL CASE
MANAGEMENT CONFERENCE - Case No. C-06-3564-RMW    - 2 -
418656.01-Los Angeles Server 1A      MSW - Draft August 18, 2006 - 1:22 PM

| | |
|---|---|
| | HELLER EHRMAN LLP<br>MICHAEL SHEPARD<br>333 Bush Street, Suite 3100<br>San Francisco, CA 94104-2878<br>Telephone:  415/772-6000<br>Facsimile:  415/772-6268<br><br>Counsel for Defendants John L. Doyle, Jerald G. Fishman, Philip T. Gianos, William G. Howard, Jr., Harold E. Hughes, Michael Patterson and Elizabeth W. Vanderslice |
| DATED: August 18, 2006 | KEKER & VAN NEST<br>JAN NIELSEN LITTLE<br>MICHAEL CELIO |
| |           /s/ Michael Celio<br>MICHAEL CELIO<br><br>710 Sansome Street<br>San Francisco, CA 94111-1704<br>Telephone:  415/391-5400<br>Facsimile:  415/397-7188<br><br>Counsel for Defendants William P. Roelandts, Kris Chellam and Jon A. Olson |

\* \* \*

**O R D E R**

IT IS SO ORDERED.

DATED:  8/23/06            /s/ Ronald M. Whyte<br>THE HONORABLE RONALD M. WHYTE<br>UNITED STATES DISTRICT JUDGE