```
1  JAMES E. LYONS (State Bar No. 112582)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2  Four Embarcadero Center, Suite 3800
   San Francisco, California 94111
3  Telephone:  (415) 984-6400
   Facsimile:  (415) 984-2698
4
   GARRETT J. WALTZER (State Bar No. 130764)
5  AMY S. PARK (State Bar No. 208204)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6  525 University Avenue, Suite 1100
   Palo Alto, California 94301
7  Telephone:  (650) 470-4500
   Facsimile:  (650) 470-4570
8
   Attorneys for Nominal Defendant
9  XILIX, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 8/23/06*

| | |
|---|---|
| L. A. MURPHY, in the right of and for the benefit of Xilinx Inc., <br><br> Plaintiffs, <br><br> v. <br><br> WILLEM P. ROELANDTS, et al., <br><br> Defendants. <br><br> – and – <br><br> XILINX, INC., a Delaware corporation, <br><br> Nominal Defendant. | Case No. C-06-3564-RMW <br><br> STIPULATION AND [] ORDER REGARDING RESPONSE TO COMPLAINT |

STIPULATION AND [] ORDER REGARDING RESPONSE TO
COMPLAINT - Case No. C-06-3564-RMW

1  WHEREAS, on June 2, 2006, Plaintiff L.A. Murphy filed a shareholder derivative complaint (the "Murphy Complaint") on behalf of nominal defendant Xilinx, Inc. against various Xilinx officers and directors;

WHEREAS, on June 26, the parties entered into a stipulation extending until July 24, 2006, the time of Xilinx and all other defendants who had been served with the Murphy Complaint to answer, move or otherwise respond to the Murphy complaint;

WHEREAS, on June 28, 2006, Plaintiff Stephen A. Blum filed a shareholder derivative complaint on behalf of nominal defendant Xilinx, Inc. against various Xilinx officers and directors;

WHEREAS, with multiple cases pending, Xilinx has requested a further extension of time for it and all other defendants who have been served in the Murphy action to answer, move or otherwise respond to the Murphy Complaint and counsel for Murphy has agreed to such an extension;

IT IS HEREBY STIPULATED AND AGREED, subject to Court approval, that nominal defendant Xilinx and all other defendants who have been served in the Murphy action shall have until August 31, 2006, to answer, move or otherwise respond to the Murphy Complaint, if necessary.

IT IS SO STIPULATED.

DATED: July 24, 2006

WOLF HALDENSTEIN ADLER
 FREEMAN & HURZ LLP
FRANCIS M. GREGOREK
BETSY C. MANIFOLD
FRANCIS A. BOTTINI, JR.
RACHELE R. RICKERT


             /s/ Betsy C. Manifold
             BETSY C. MANIFOLD

750 B Street, Suite 2770
San Diego, CA  92101
Telephone:  619/239-4599
619/234-4599 (fax)

Attorneys for Plaintiff L.A. Murphy

STIPULATION AND [] ORDER REGARDING RESPONSE TO
COMPLAINT - Case No. C-06-3564-RMW                                                          - 1 -

| | |
|---|---|
| DATED: July 24, 2006 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>AMY S. PARK |
| | /s/ Amy S. Park<br>AMY S. PARK |
| | 525 University Avenue, Suite 1100<br>Palo Alto, CA 94301<br>Telephone: 650/470-4500<br>650/470-4570 (fax) |
| | JAMES E. LYONS (State Bar No. 112582)<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Four Embarcadero Center, Suite 3800<br>San Francisco, California 94111<br>Telephone: (415) 984-6400 |
| | Facsimile: (415) 984-2698 |
| | Attorneys for Nominal Defendant Xilinx, Inc. |

\* \* \*

**O R D E R**

IT IS SO ORDERED.

DATED: 8/23/06                  /s/ Ronald M. Whyte
THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

STIPULATION AND [] ORDER REGARDING RESPONSE TO
COMPLAINT - Case No. C-06-3564-RMW                                    - 2 -