```
 1  WOLF HALDENSTEIN ADLER
      FREEMAN & HERZ LLP
 2  FRANCIS M. GREGOREK (144785)
    gregorek@whafh.com
 3  BETSY C. MANIFOLD (182450)
    manifold@whafh.com
 4  FRANCIS A. BOTTINI, JR. (175783)
    bottini@whafh.com
 5  RACHELE R. RICKERT (190634)
    rickert@whafh.com
 6  Symphony Towers
    750 B Street, Suite 2770
 7  San Diego, CA 92101
    Telephone: 619/239-4599
 8  Facsimile: 619/234-4599

 9
    LAW OFFICES BERNARD M.
10    GROSS, P.C.
    DEBORAH R. GROSS
11  debbie@bernardmgross.com
    Wanamaker Bldg., Suite 450
12  100 Penn Square East
    Philadelphia, PA 19107
13  Telephone:  215/561-3600
    Facsimile:   215/561-3000
14                                                          *E-FILED - 9/12/06*

15  [Proposed] Co-Lead Counsel for Plaintiffs
```

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L A MURPHY, in the right of and for the benefit of Xilinx Inc., | CASE NO. C 06-03564 RMW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR ALL PURPOSES, APPOINTING LEAD PLAINTIFF AND LEAD COUNSEL, AND SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT |
| v. | |
| WILLEM P. ROELANDTS, KRIS CHELLAM, JOHN L. DOYLE, JERALD G. FISHMAN, PHILIP T. GIANOS, WILLIAM G. HOWARD, JR., HAROLD E. HUGHES, J. MICHAEL PATTERSON, ELIZABETH VANDERSLICE, | |
| Defendants, | |
| and | |
| XILINX INC., | |
| Nominal Defendant. | |

STIP& [PROP] ORD CONSOLIDATING CASES, APPOINTING LEAD PLTF & LEAD COUNS, & SETTING SCHEDULE FOR FILING OF CONSOLDATED CPT - Case No. C06-03564 RMW

WHEREAS, there are two related shareholder derivative actions on behalf of nominal defendant Xilinx, Inc. ("Xilinx") pending before this Court:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Murphy v. Roelandts, et al.* | C-06-3564-RMW | 06/08/06 |
| *Blum v. Roelandts, et al.* | C-06-4016-JW | 06/28/06 |

WHEREAS, the two related Xilinx shareholder derivative actions arise out of the same transactions and occurrences and involve the same or substantially similar issues of law and fact, and, therefore, should be consolidated for all purposes under Federal Rule of Civil Procedure 42(a);

WHEREAS, plaintiffs, after meeting and conferring, agree that Stephen A. Blum and L.A. Murphy should be appointed as Lead Plaintiff and the Law Offices of Bernard M. Gross, P.C., and Wolf Haldenstein Adler Freeman & Herz, LLP should be appointed as Lead Counsel;[1] and

WHEREAS, plaintiffs and defendants, after meeting and conferring, agree that judicial economy will be served by setting a schedule for defendants' response to the Consolidated Complaint.

THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs and defendants, through their respective counsel of record, as follows:

**CONSOLIDATION OF ACTIONS**

The following actions are hereby consolidated for all purposes, including pretrial proceedings, trial and appeal:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Murphy v. Roelandts, et al.* | C-06-3564-RMW | 06/08/06 |
| *Blum v. Roelandts, et al.* | C-06-4016-JW | 06/28/06 |

---

[1] Defendants take no position as to the appointment of the Stephen A. Blum and L.A. Murphy as Lead Plaintiff and Law Offices of Bernard M. Gross, P.C., and Wolf Haldenstein Adler Freeman & Herz, LLP as Lead Counsel.

1.      The caption of these consolidated actions shall be "*In re Xilinx, Inc. Derivative Litigation*" and the files of these consolidated actions shall be maintained in one file under Master File No. C-06-3564-RMW. Any other actions now pending or later filed in this Court which arise out of or are related to the same facts as alleged in the above-identified cases shall be consolidated for all purposes, if and when they are brought to the Court's attention.

2.      Every pleading filed in the consolidated actions, or in any separate action included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re XILINX, INC. DERIVATIVE LITIGATION | ) ) ) ) ) ) ) ) | Master File No. C-06-3564-RMW |
|---|---|---|
| This Document Relates To: | | |

3.      When a pleading is intended to be applicable to all actions governed by this Order, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption set out above. When a pleading is intended to be applicable to only some, but not all, of the consolidated actions, this Court's docket number for each individual action to which the pleading is intended to be applicable and the abbreviated case name of said action shall appear immediately after the words "This Document Relates To:" in the caption described above (*e.g.*, "No. C-06-3564-RMW, *Murphy v. Roelandts, et al.*").

4.      A Master Docket and a Master File hereby are established for the above consolidated proceedings and for all other related cases filed in or transferred to this Court. Separate dockets shall continue to be maintained for each of the individual actions hereby consolidated, and entries shall be made in the docket of each individual case in accordance with the regular procedures of the clerk of this Court, except as modified by this Order.

STIP& [PROP] ORD CONSOLIDATING CASES, APPOINTING LEAD PLTF & LEAD COUNS, & SETTING SCHEDULE FOR FILING OF CONSOLDATED CPT - Case No. C06-03564 RMW

- 2 -

5. When a pleading is filed and the caption shows that it is applicable to "All Actions," the clerk shall file such pleading in the Master File and note such filing on the Master Docket. No further copies need be filed, and no other docket entries need be made.

6. When a pleading is filed and the caption shows that it is to be applicable to fewer than all of the consolidated actions, the clerk will file such pleading in the Master File only but shall docket such filing on the Master Docket and the docket of each applicable action.

7. When a case which properly belongs as part of *In re Xilinx, Inc. Derivative Litigation* is filed in this Court or transferred to this Court from another court and assigned to this Court, the clerk of this Court shall:

   (a) Place a copy of this Order in the separate file for such action;

   (b) Mail to the attorneys for the plaintiff(s) in the newly-filed or transferred case a copy of this Order and direct that this Order be served upon or mailed to any new defendant(s) or their counsel in the newly-filed or transferred case; and

   (c) Make an appropriate entry on the Master Docket. This Court requests the assistance of counsel in calling to the attention of the clerk of this Court the filing or transfer of any case which properly might be consolidated as part of *In re Xilinx, Inc. Derivative Litigation.*

**APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL**

8. Stephen A. Blum and L.A. Murphy shall be appointed Lead Plaintiff.

9. The law firms of Law Offices of Bernard M. Gross, P.C., and Wolf Haldenstein Adler Freeman & Herz, LLP shall be appointed Lead Counsel for plaintiffs in the consolidated *In re Xilinx, Inc. Derivative Litigation.*[2]

10. Lead Counsel shall have authority to speak for plaintiffs in matters regarding pretrial and trial procedure and settlement negotiations, and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

---

[2] Defendants take no position as to the appointment of the Stephen A. Blum and L.A. Murphy as Lead Plaintiff and Law Offices of Bernard M. Gross, P.C., and Wolf Haldenstein Adler Freeman & Herz, LLP as Lead Counsel.

11.     Lead Counsel shall be responsible for coordination of all activities and appearances on behalf of plaintiffs and for the dissemination of notices and orders of this Court. No motion, request for discovery or other pretrial proceedings shall be initiated or filed by plaintiffs except through Lead Counsel.

12.     Lead Counsel also shall be available and responsible for communications to and from this Court. Lead Counsel shall be responsible for the creation and maintenance of a master service list of all parties and their respective counsel.

13.     Defendants' counsel may rely upon all agreements made with Lead Counsel, or other duly authorized representatives of plaintiffs, and such agreements shall be binding on plaintiffs.

**SCHEDULE**

14.     Plaintiffs shall no later than 45 days from the entry of this Order file and serve a Consolidated Complaint, which will supersede all existing complaints filed in these actions. Defendants need not respond to any of the pre-existing complaints. Service, pursuant to Rule 4 of the Federal Rules of Civil Procedure, of any of the pre-existing complaints on any of the defendants, or their counsel, shall constitute sufficient service on that defendant. Service shall be effected with respect to any defendant named in any of the consolidated actions by serving the Consolidated Complaint on that defendant or, with permission, that defendant's counsel.

15.     Each defendant shall answer or otherwise respond to the Consolidated Complaint no later than 45 days from the date of service. In the event that defendants file and serve any motion directed at the Consolidated Complaint, plaintiffs shall file and serve their opposition within 45 days after the service of defendants' motion. If defendants file and serve a reply to plaintiffs' opposition, they will do so within 21 days after service of the opposition.

STIP& [PROP] ORD CONSOLIDATING CASES, APPOINTING LEAD PLTF & LEAD COUNS, & SETTING SCHEDULE FOR FILING OF CONSOLDATED CPT - Case No. C06-03564 RMW

- 4 -

1  16. Defendants need not respond to the initial complaints filed in the above-referenced
2  actions.
3      IT IS SO STIPULATED.
4  DATED: August 23, 2006      WOLF HALDENSTEIN ADLER
    FREEMAN & HERZ LLP
5      FRANCIS M. GREGOREK
6      BETSY C. MANIFOLD
    FRANCIS A. BOTTINI, JR.
7      RACHELE R. RICKERT

    */s/ Betsy C. Manifold*
    BETSY C. MANIFOLD

    750 B Street, Suite 2770
    San Diego, CA 92101
    Telephone: 619/239-4599
    Facsimile:  619/234-4599

    [Proposed] Co-Lead Counsel for Plaintiffs

DATED: August 23, 2006      LAW OFFICES BERNARD M. GROSS, P.C.
    DEBORAH R. GROSS

    */s/ Deborah R. Gross* w/permission
    DEBORAH R. GROSS

    Wanamaker Bldg., Suite 450
    100 Penn Square East
    Philadelphia, PA 19107
    Telephone: 215/561-3600
    Facsimile:  215/561-3000

    [Proposed] Co-Lead Counsel for Plaintiffs

    LAW OFFICES OF KENNETH A. ELAN
    217 Broadway, Suite 606
    New York, NY 10007
    Telephone: 212/619-0261
    Facsimile:  212/385-2707

| | |
|---|---|
| 1 | LERACH COUGHLIN STOIA GELLER |
| |   RUDMAN & ROBBINS LLP |
| 2 | WILLIAM S. LERACH |
| | DARREN J. ROBBINS |
| 3 | TRAVIS E. DOWNS III |
| | DAVID C. WALTON |
| 4 | 655 West Broadway, Suite 1900 |
| | San Diego, CA 92101 |
| 5 | Telephone: 619/231-1058 |
| | Facsimile: 619/231-7423 |

Counsel for Plaintiffs

DATED: August 23, 2006

SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
AMY S. PARK

_/s/ Amy S. Park (by permission)_
AMY S. PARK

300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: 213/687-5000
Facsimile: 213/687-5600

SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
GARRETT WALTZER
525 University Avenue Suite 1100
Palo Alto, California 94301
Telephone: 650/470-4500
Facsimile: 650/470-4570

SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
JIM LYONS
Four Embarcadero Center, Suite 3800
San Francisco, California 94111
Telephone: 415/984-6400
Facsimile: 415/984-2698

Counsel for Nominal Defendant Xilinx, Inc.

DATED: August 22, 2006

HELLER EHRMAN LLP
NORMAN J. BLEARS

_/s/ Norman J. Blears (with permission)_
NORMAN J. BLEARS

275 Middlefield Road
Menlo Park, CA 94025
Telephone: 650/324-7000
Facsimile: 650/324-0638

STIP& [PROP] ORD CONSOLIDATING CASES, APPOINTING LEAD PLTF & LEAD COUNS, & SETTING SCHEDULE FOR FILING OF CONSOLDATED CPT - Case No. C06-03564 RMW

| | |
|---|---|
| 1 | HELLER EHRMAN LLP |
| 2 | MICHAEL SHEPARD |
|   | 333 Bush Street, Suite 3100 |
| 3 | San Francisco, CA 94104-2878 |
|   | Telephone: 415/772-6000 |
|   | Facsimile: 415/772-6268 |
| 4 | |
| 5 | Counsel for Defendants John L. Doyle, Jerald G. Fishman, Philip T. Gianos, William G. Howard, Jr., Harold E. Hughes, Michael Patterson and Elizabeth W. Vanderslice |
| 6 | |
| 7 | DATED: August 23, 2006   KEKER & VAN NEST |
|   | JAN NIELSEN LITTLE |
| 8 | MICHAEL CELIO |

*/s/ Michael Celio*
MICHAEL CELIO

710 Sansome Street
San Francisco, CA 94111-1704
Telephone: 415/391-5400
Facsimile: 415/397-7188

Counsel for Defendants William P. Roelandts, Kris Chellam and Jon A. Olson

IT IS SO ORDERED.

Dated: 9/8/06                    /s/ Ronald M. Whyte
                                 U.S. District Judge

XILINX:13711.STIP

STIP& [PROP] ORD CONSOLIDATING CASES, APPOINTING LEAD PLTF & LEAD COUNS, & SETTING SCHEDULE FOR FILING OF CONSOLDATED CPT - Case No. C06-03564 RMW

## DECLARATION OF SERVICE

I, BORANY REINBOLD, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 750 B Street, Suite 2770, San Diego, California. 92101.

2. That on August 24, 2006, declarant served the **STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR ALL PURPOSES, APPOINTING LEAD PLAINTIFF AND LEAD COUNSEL, AND SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT** via U.S. Mail in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is regular communication between the parties.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of August 2006, at San Diego, California.

_____
BORANY REINBOLD

STIP& [PROP] ORD CONSOLIDATING CASES, APPOINTING LEAD PLTF & LEAD COUNS, & SETTING SCHEDULE FOR FILING OF CONSOLDATED CPT - Case No. C06-03564 RMW

- 8 -

XILINX
Service List -- August 24, 2006
Page 1

## COUNSEL FOR PLAINTIFFS

Francis M. Gregorek
Betsy C. Manifold
Francis A. Bottini, Jr.
Rachele R. Rickert
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
    619/239-4599
    619/234-4599 (fax)

William S. Lerach
Darren J. Robbins
Travis E. Downs III
David C. Walton
LERACH COUGHLIN STOIA GELLER
  REDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
    619/231-1058
    619/231-7423 (fax)

Deborah R. Gross
LAW OFFICES BERNARD M.
  GROSS, P.C.
Wanamaker Bldg. Suite 450
100 Penn Square East
Philadelphia, PA 19107
    215/561-3600
    215/561-3000 (fax)

Kenneth A. Elan
LAW OFFICES OF KENNETH A. ELAN
217 Broadway, Suite 606
New York, NY 10007
    212/619-0261
    212/385-2707 (fax)

## COUNSEL FOR DEFENDANTS

Jan Nielsen Little
Michael D. Celio
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111-1704
    415/391-5400
    415/397-7188 (fax)
jlittle@kvn.com
mcelio@kvn.com
Counsel for Defendants William P.
Roelandts, Kris Chellam and Jon A. Olson

Amy S. Park
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
    213/687-5000
    213/687-5600 (fax)
Counsel for Nominal Defendant Xilinx, Inc.

Norman J. Blears
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025
    650/324-7000
    650/324-0638 (fax)
Counsel for Defendants John L. Doyle,
Jerald G. Fishman, Philip T. Gianos,
William G. Howard, Jr., Harold E. Hughes,
Michael Patterson and Elizabeth W.
Vanderslice