WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
FRANCIS M. GREGOREK (144785)
gregorek@whafh.com
BETSY C. MANIFOLD (182450)
manifold@whafh.com
FRANCIS A. BOTTINI, JR. (175783)
bottini@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
Symphony Towers
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

LAW OFFICES BERNARD M.
GROSS, P.C.
DEBORAH R. GROSS
Wanamaker Bldg., Suite 450
100 Penn Square East
Philadelphia, PA 19107
Telephone: 215/561-3600
Facsimile: 215/561-3000

Co-Lead Counsel for Plaintiffs

E-FILED

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re XILINX INC. DERIVATIVE LITIGATION | ) Master File No. C-06-3564-RMW |
| | ) |
| This Document Relates To: | ) **STIPULATION AND [PROPOSED] ORDER CONTINUING FILING DATES FOR CONSOLIDATED COMPLAINT AND CASE MANAGEMENT STATEMENT AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| | ) |
| | ) CTROOM: 6, 4th Floor |
| | ) JUDGE: Hon. Ronald M. Whyte |

STIP & [PROP] ORD CONTINUING FILING DATES FOR CONS CPT & CASE MANAGEMENT STMT & CONTINUING INITIAL CMC - Master File No. C-06-3564-RMW

WHEREAS, on June 2, 2006, plaintiff L A Murphy initiated the action titled, *L A Murphy v. Willem P. Roelandts, et al.*, Case No. C-06-3564, with the filing of a Verified Shareholder Derivative Complaint;

WHEREAS, on June 2, 2006, the Court entered an Order Setting Initial Case Management Conference and ADR Deadlines in the *Murphy* action, which provided for a Case Management Statement due date of September 1, 2006 and a Case Management Conference to be held on September 8, 2006 at 10:30 a.m.;

WHEREAS, on June 28, 2006, plaintiff Stephen A. Blum initiated the action titled, *Blum v. Roelandts, et al.*, Case No. C-06-4016, with the filing of a Verified Shareholder Derivative Complaint;

WHEREAS, on August 23, 2006, the Court entered a Stipulation and Order continuing the Initial Case Management Conference in the *Murphy* action to November 17, 2006 at 10:30 a.m.;

WHEREAS, on September 12, 2006, the Court entered an Order consolidating the *Murphy* and *Blum* actions, appointing Lead Counsel and providing that plaintiffs were to file a Consolidated Complaint within 45 days of entry of the Order, or by October 27, 2006;

WHEREAS, the parties are currently participating in an informal exchange of information;

WHEREAS, the parties believe it to be in their respective best interests to continue the due dates for the Consolidated Complaint and the Case Management Statement and to continue the date of the Initial Case Management Conference, subject to the Court's convenience;

THEREFORE, the parties stipulate to the following:

1. Plaintiffs shall file and serve a Consolidated Complaint on or before November 17, 2006.

2. Each defendant shall answer or otherwise respond to the Consolidated Complaint no later than 45 days from the date of service. In the event that defendants file and serve any motion directed at the Consolidated Complaint, plaintiffs shall file and serve their opposition within 45 days after the service of defendants' motion. If defendants file and serve a reply to plaintiffs' opposition, they will do so within 21 days after service of the opposition.

3. The parties shall file a Case Management Statement no later than December 8,

2006.

4. The Initial Case Management Conference shall be continued to December 15, 2006 at 10:30 a.m.

DATED: October 23, 2006

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
FRANCIS M. GREGOREK
BETSY C. MANIFOLD
FRANCIS A. BOTTINI, JR.
RACHELE R. RICKERT

Rachele R. Rickert
RACHELE R. RICKERT

750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

DATED: October 23, 2006

LAW OFFICES BERNARD M. GROSS, P.C.
DEBORAH R. GROSS

Deborah R. Gross /RRR
DEBORAH R. GROSS

Wanamaker Bldg., Suite 450
100 Penn Square East
Philadelphia, PA 19107
Telephone: 215/561-3600
Facsimile: 215/561-3000

*Co-Lead Counsel for Plaintiffs*

DATED: October 23, 2006

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
AMY S. PARK

Amy S. Park /RRR
AMY S. PARK

300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: 213/687-5000
Facsimile: 213/687-5600

STIP & [PROP] ORD CONTINUING FILING DATES FOR CONS CPT & CASE MANAGEMENT STMT & CONTINUING INITIAL CMC - Master File No. C-06-3564-RMW

- 2 -

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
GARRETT WALTZER
525 University Avenue Suite 1100
Palo Alto, California 94301
Telephone: 650/470-4500
Facsimile: 650/470-4570

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
JIM LYONS
Four Embarcadero Center, Suite 3800
San Francisco, California 94111
Telephone: 415/984-6400
Facsimile: 415/984-2698

*Counsel for Nominal Defendant Xilinx, Inc.*

DATED: October 23, 2006

HELLER EHRMAN LLP
NORMAN J. BLEARS

[signature]

NORMAN J. BLEARS

275 Middlefield Road
Menlo Park, CA 94025
Telephone: 650/324-7000
Facsimile: 650/324-0638

HELLER EHRMAN LLP
MICHAEL SHEPARD
333 Bush Street, Suite 3100
San Francisco, CA 94104-2878
Telephone: 415/772-6000
Facsimile: 415/772-6268

*Counsel for Defendants John L. Doyle, Jerald G. Fishman, Philip T. Gianos, William G. Howard, Jr., Harold E. Hughes, Michael Patterson and Elizabeth W. Vanderslice*

STIP & [PROPOSED] ORD CONTINUING FILING DATES FOR CONS CPT & CASE MANAGEMENT STMT & CONTINUING INITIAL CMC - Master File No. C-06-3564-RMW

- 3 -


DATED: October 23, 2006

KEKER & VAN NEST
JAN NIELSEN LITTLE
MICHAEL CELIO

MICHAEL CELIO

710 Sansome Street
San Francisco, CA 94111-1704
Telephone: 415/391-5400
Facsimile: 415/397-7188

*Counsel for Defendants William P. Roelandts, Kris Chellam and Jon A. Olson*

* * *

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

DATED: 11/8/06

/s/ Ronald M. Whyte

THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT COURT JUDGE

XILINX:14096.STIP

STIP & [PROP] ORD CONTINUING FILING DATES FOR CONS CPT & CASE MANAGEMENT STMT & CONTINUING INITIAL CMC - Master File No. C-06-3564-RMW

- 4 -
