WOLF HALDENSTEIN ADLER
   FREEMAN & HERZ LLP
FRANCIS M. GREGOREK (144785)
gregorek@whafh.com
BETSY C. MANIFOLD (182450)
manifold@whafh.com
FRANCIS A. BOTTINI, JR. (175783)
bottini@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
Symphony Towers
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile:  619/234-4599

LAW OFFICES BERNARD M.
   GROSS, P.C.
DEBORAH R. GROSS
Wanamaker Bldg., Suite 450
100 Penn Square East
Philadelphia, PA 19107
Telephone:  215/561-3600
Facsimile:  215/561-3000

Co-Lead Counsel for Plaintiffs

*E-FILED - 12/8/06*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re XILINX INC. DERIVATIVE LITIGATION | ) Master File No.  C-06-3564-RMW<br>)<br>) **STIPULATION AND [PROPOSED]**<br>) **ORDER CONTINUING FILING DATES**<br>) **FOR CONSOLIDATED COMPLAINT** |
| This Document Relates To: | ) **AND CASE MANAGEMENT**<br>) **STATEMENT AND CONTINUING**<br>) **INITIAL CASE MANAGEMENT**<br>) **CONFERENCE**<br>)<br>) CTROOM:   6, 4th Floor<br>) JUDGE:      Hon. Ronald M. Whyte |

1    WHEREAS, on September 12, 2006, the Court entered an Order, *inter alia*, appointing

2    Lead Counsel and providing that plaintiffs were to file a Consolidated Complaint within forty-five

3    (45) days of entry of the Order, or by October 27, 2006;

4    WHEREAS, on October 23, 2006, the Court entered an order, pursuant to stipulation of the

5    parties, continuing the deadline for plaintiffs to file their Consolidated Complaint to November 17,

6    2006, and continuing the Case Management Conference to December 15, 2006, and the due date

7    for the Case Management Statement to December 8, 2006, because the parties were engaging in an

8    informal exchange of information;

9    WHEREAS, the parties continue to informally exchange information;

10   WHEREAS, the parties believe it to be in their respective best interests to continue the due

11   dates for the Consolidated Complaint and the Case Management Statement and to continue the

12   date of the Initial Case Management Conference, subject to the Court's convenience;

13   THEREFORE, the parties stipulate to the following:

14   1.    Plaintiffs shall file and serve a Consolidated Complaint on or before January 5,

15   2007.

16   2.    Nominal Defendant Xilinx and the individual defendants shall answer or otherwise

17   respond to the Consolidated Complaint no later than forty-five (45) days from the date of service.

18   In the event that Nominal Defendant Xilinx and the individual defendants file and serve any

19   motion directed at the Consolidated Complaint, plaintiffs shall file and serve their opposition

20   within forty-five (45) days after the service of the motion.  If Nominal Defendant Xilinx and the

21   individual defendants file and serve a reply to plaintiffs' opposition, they will do so within 21 days

22   after service of the opposition.

23   3.    The parties shall file a Case Management Statement no later than January 26, 2007.

24

25

26

27

28

STIP & [PROP] ORD CONTINUING FILING DATES FOR CONS CPT & CASE MANAGEMENT STMT &
CONTINUING INITIAL CMC - Master File No.  C-06-3564-RMW

1      4.      The Initial Case Management Conference shall be continued to February 2, 2007 at

2    10:30 a.m., or such later date that is convenient for the Court.

3    DATED:  November 17, 2006                WOLF HALDENSTEIN ADLER
                                                FREEMAN & HERZ LLP
4                                             FRANCIS M. GREGOREK
                                              BETSY C. MANIFOLD
5                                             FRANCIS A. BOTTINI, JR.
                                              RACHELE R. RICKERT
6

7                                             /s/ Rachele R. Rickert
8                                                RACHELE R. RICKERT

9                                             750 B Street, Suite 2770
                                              San Diego, CA 92101
10                                            Telephone:  619/239-4599
                                              Facsimile:  619/234-4599
11

12   DATED:  November 17, 2006                LAW OFFICES BERNARD M. GROSS, P.C.
                                              DEBORAH R. GROSS
13

14                                            /s/ Deborah R. Gross
                                                 DEBORAH R. GROSS
15

16                                            Wanamaker Bldg., Suite 450
                                              100 Penn Square East
17                                            Philadelphia, PA 19107
                                              Telephone:  215/561-3600
                                              Facsimile:  215/561-3000
18
                                              *Co-Lead Counsel for Plaintiffs*
19

20   DATED:  November  17, 2006               SKADDEN, ARPS, SLATE,
                                                MEAGHER & FLOM LLP
21                                            AMY S. PARK

22
                                              /s/ Amy S. Park
23                                               AMY S. PARK

24                                            300 South Grand Avenue, Suite 3400
                                              Los Angeles, CA  90071
25                                            Telephone:  213/687-5000
                                              Facsimile:  213/687-5600
26

27

28

STIP & [PROP] ORD CONTINUING FILING DATES FOR CONS CPT & CASE MANAGEMENT STMT &
CONTINUING INITIAL CMC - Master File No. C-06-3564-RMW

1

SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
GARRETT WALTZER

2

525 University Avenue Suite 1100
Palo Alto, California 94301

3

Telephone:  650/470-4500
Facsimile:   650/470-4570

4

5

SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
JIM LYONS

6

Four Embarcadero Center, Suite 3800

7

San Francisco, California 94111
Telephone:  415/984-6400

8

Facsimile:   415/984-2698

9

*Counsel for Nominal Defendant Xilinx, Inc.*

10

DATED:  November 17, 2006

HELLER EHRMAN LLP
NORMAN J. BLEARS

11

12

/s/ Norman J. Blears

13

NORMAN J. BLEARS

14

275 Middlefield Road
Menlo Park, CA 94025

15

Telephone:  650/324-7000
Facsimile:   650/324-0638

16

17

HELLER EHRMAN LLP
MICHAEL SHEPARD

18

333 Bush Street, Suite 3100
San Francisco, CA 94104-2878

19

Telephone:  415/772-6000
Facsimile:   415/772-6268

20

*Counsel for Defendants John L. Doyle, Jerald G.*

21

*Fishman, Philip T. Gianos, William G. Howard, Jr.,*
*Harold E. Hughes, Michael Patterson and Elizabeth*

22

*W. Vanderslice*

23

24

25

26

27

28

STIP & [PROP] ORD CONTINUING FILING DATES FOR CONS CPT & CASE MANAGEMENT STMT & CONTINUING INITIAL CMC - Master File No.  C-06-3564-RMW

- 3 -

1  | DATED:  November 17, 2006                    KEKER & VAN NEST
2  |                                              JAN NIELSEN LITTLE
   |                                              MICHAEL CELIO
3  |
4  |                                              /s/ Michael Celio
   |                                                  MICHAEL CELIO
5  |
   |                                              710 Sansome Street
6  |                                              San Francisco, CA 94111-1704
   |                                              Telephone:  415/391-5400
7  |                                              Facsimile:   415/397-7188

8  |                                              *Counsel for Defendants William P. Roelandts, Kris*
   |                                              *Chellam and Jon A. Olson*
9  |

10 |                                    *        *        *

11 |         **PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

12 |

13 | DATED: _ 12/8/06 _____                    /s/ Ronald M. Whyte
   |                                              _____
14 |                                              THE HONORABLE RONALD M. WHYTE
   |                                              UNITED STATES DISTRICT COURT JUDGE

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

STIP & [PROP] ORD CONTINUING FILING DATES FOR CONS CPT & CASE MANAGEMENT STMT &
CONTINUING INITIAL CMC - Master File No.  C-06-3564-RMW

1

## DECLARATION REGARDING CONCURRENCE

2

3          I, RACHELE R. RICKERT, am the ECF User whose identification and password are

4      being used to file this Stipulation and [Proposed] Order Continuing Filing Dates for Consolidated

5      Complaint and Case Management Statement and Continuing Initial Case Management

6      Conference.  In compliance with General Order 45.X.B, I hereby attest that Deborah R. Gross,

       Amy S. Park, Norman J. Blears and Michael Celio have concurred in this filing.

7
       DATED: November 17, 2006                    WOLF HALDENSTEIN ADLER FREEMAN
8                                                        & HERZ LLP

9
                                                   By: _____ /s/ Rachele R. Rickert _____
10                                                         RACHELE R. RICKERT

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP & [PROP] ORD CONTINUING FILING DATES FOR CONS CPT & CASE MANAGEMENT STMT &
CONTINUING INITIAL CMC - Master File No.  C-06-3564-RMW

- 5 -

**DECLARATION OF SERVICE**

I, Maureen Longdo , the undersigned, declare:

1.      That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 750 B Street, Suite 2770, San Diego, California 92101.

2.      That on November 17, 2006, declarant served STIPULATION AND [PROPOSED] ORDER CONTINUING FILING DATES FOR CONSOLIDATED COMPLAINT AND CASE MANAGEMENT STATEMENT AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE via the CM/ECF System to the parties who are registered participants of the CM/ECF System.

3.      That on November 17, 2006, declarant served the parties who are not registered participants of the CM/ECF System, via United States Mail.

4.      That there is regular communication between the parties.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of November 2006, at San Diego, California.

_____
MAUREEN LONGDO

XILINX:14254.STIP

STIP & [PROP] ORD CONTINUING FILING DATES FOR CONS CPT & CASE MANAGEMENT STMT & CONTINUING INITIAL CMC - Master File No.  C-06-3564-RMW

- 6 -

XILINX
Service List -- August 2, 2006
Page 1

COUNSEL FOR PLAINTIFFS

Francis M. Gregorek
Betsy C. Manifold
Francis A. Bottini, Jr.
Rachele R. Rickert
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
    619/239-4599
    619/234-4599 (fax)

\*  William S. Lerach
Darren J. Robbins
Travis E. Downs III
David C. Walton
LERACH COUGHLIN STOIA GELLER
  REDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
    619/231-1058
    619/231-7423 (fax)

\*\* Deborah R. Gross
LAW OFFICES BERNARD M.
  GROSS, P.C.
Wanamaker Bldg. Suite 450
100 Penn Square East
Philadelphia, PA 19107
    215/561-3600
    215/561-3000 (fax)

\*  Kenneth A. Elan
LAW OFFICES OF KENNETH A. ELAN
217 Broadway, Suite 606
New York, NY 10007
    212/619-0261
    212/385-2707 (fax)

COUNSEL FOR DEFENDANTS

\*  Jan Nielsen Little
Michael D. Celio
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111-1704
    415/391-5400
    415/397-7188 (fax)
jlittle@kvn.com
mcelio@kvn.com
Counsel for Defendants William P.
Roelandts, Kris Chellam and Jon A. Olson

\*\* Amy S. Park
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
    213/687-5000
    213/687-5600 (fax)
Counsel for Nominal Defendant Xilinx, Inc.

\*  Norman J. Blears
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025
    650/324-7000
    650/324-0638 (fax)
Counsel for Defendants John L. Doyle,
Jerald G. Fishman, Philip T. Gianos,
William G. Howard, Jr., Harold E. Hughes,
Michael Patterson and Elizabeth W.
Vanderslice

\*     Denotes service via U.S. Mail
\*\*    Denotes service via Electronic Filing