WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
FRANCIS M. GREGOREK (144785)
gregorek@whafh.com
BETSY C. MANIFOLD (182450)
manifold@whafh.com
FRANCIS A. BOTTINI, JR. (175783)
bottini@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
Symphony Towers
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile:  619/234-4599

LAW OFFICES BERNARD M.
  GROSS, P.C.
DEBORAH R. GROSS
Wanamaker Bldg., Suite 450
100 Penn Square East
Philadelphia, PA 19107
Telephone: 215/561-3600
Facsimile:  215/561-3000

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| In re XILINX INC. DERIVATIVE LITIGATION | ) ) ) ) | Master File No.  C-06-3564-RMW and C-06-04016-RMW |
|---|---|---|
| This Document Relates To:<br><br>    All Actions | ) ) ) ) ) ) | **STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL OF ACTION** |

WHEREAS, the parties have discussed a final resolution of this matter;

IT IS HEREBY STIPULATED AND AGREED by and through the parties' respective counsel, that this consolidated action shall be terminated and dismissed under the following terms and conditions:

1. The parties agree to dismiss plaintiffs' claims against each defendant in the above-captioned matter pursuant to Fed. R. Civ. P. 41(a)(1). This dismissal shall be with prejudice as to the individual plaintiffs, L A Murphy and Stephen A. Blum, and without prejudice as to the rights of nominal defendant Xilinx, Inc.;

2. No party shall seek reimbursement from any other party of any fees, costs, expenses or damages in connection with the filing, prosecution, defense or dismissal of this action or the events that are the subject of this action;

3. Defendants will not contend that plaintiffs' action was not filed or prosecuted in good faith;

4. The parties and their counsel intend to effect, by and through this Stipulation and Order, a full, mutual and complete release of any and all claims that they may have against one another arising from the filing, prosecution, defense or dismissal of this action;

5. The parties represent that the defendants have not made or promised any payment, direct or indirect, to the plaintiffs or their counsel in consideration of the dismissal of this action;

6. A class has not been certified in this action and there has been no determination respecting plaintiffs' standing to pursue claims derivatively on behalf of Xilinx, Inc.;

7. Defendants have not filed or served an answer to the complaint or a motion for summary judgment; and

///
///
///
///
///
///

1    8.   This Stipulation reflects the terms of dismissal of this action. The Court shall retain
2  jurisdiction for the purposes of enforcing the terms of this Stipulation.
3  IT IS SO STIPULATED.
4  DATED: December 19, 2006            WOLF HALDENSTEIN ADLER
                                            FREEMAN & HERZ LLP
                                       FRANCIS M. GREGOREK
                                       BETSY C. MANIFOLD
                                       FRANCIS A. BOTTINI, JR.
                                       RACHELE R. RICKERT

                                       /s/ Rachele R. Rickert
                                       RACHELE R. RICKERT

                                       750 B Street, Suite 2770
                                       San Diego, CA 92101
                                       Telephone: 619/239-4599
                                       Facsimile: 619/234-4599

                                       Co-Lead Counsel for Plaintiffs

DATED: December 19, 2006            LAW OFFICES BERNARD M. GROSS, P.C.
                                       DEBORAH R. GROSS

                                       /s/ Deborah R. Gross /RRR
                                       DEBORAH R. GROSS

                                       Wanamaker Bldg., Suite 450
                                       100 Penn Square East
                                       Philadelphia, PA 19107
                                       Telephone: 215/561-3600
                                       Facsimile: 215/561-3000

                                       Co-Lead Counsel for Plaintiffs

DATED: December 19, 2006            SKADDEN, ARPS, SLATE,
                                            MEAGHER & FLOM LLP
                                       JAMES E. LYONS
                                       GARRETT WALTZER
                                       AMY S. PARK

                                       /s/ Garrett Waltzer /RRR
                                       GARRETT WALTZER

                                       525 University Avenue Suite 1100
                                       Palo Alto, California 94301
                                       Telephone: 650/470-4500
                                       Facsimile: 650/470-4570

STIPULATION & [PROPOSED] ORDER OF VOLUNTARY DISMISSAL OF ACTION
Master File No. C-06-3564-RMW
- 2 -

|    |                                   |                                                                                                                                                                        |
|----|-----------------------------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 1  |                                   | SKADDEN, ARPS, SLATE,                                                                                                                                                  |
| 2  |                                   | MEAGHER & FLOM LLP<br>JAMES E. LYONS                                                                                                                                   |
| 3  |                                   | Four Embarcadero Center, Suite 3800<br>San Francisco, California 94111                                                                                                 |
| 4  |                                   | Telephone: 415/984-6400<br>Facsimile:  415/984-2698                                                                                                                    |
| 5  |                                   | SKADDEN, ARPS, SLATE,                                                                                                                                                  |
| 6  |                                   | MEAGHER & FLOM LLP<br>AMY S. PARK                                                                                                                                      |
| 7  |                                   | 300 South Grand Avenue, Suite 3400<br>Los Angeles, CA  90071                                                                                                           |
| 8  |                                   | Telephone: 213/687-5000<br>Facsimile:  213/687-5600                                                                                                                    |
| 9  |                                   |                                                                                                                                                                        |
| 10 |                                   | Counsel for Nominal Defendant Xilinx, Inc.                                                                                                                             |
| 11 | DATED: December 19, 2006          | HELLER EHRMAN LLP<br>NORMAN J. BLEARS                                                                                                                                  |
| 12 |                                   |                                                                                                                                                                        |
| 13 |                                   | *Norman J. Blears /per*<br>————————————————<br>NORMAN J. BLEARS                                                                                                        |
| 14 |                                   |                                                                                                                                                                        |
| 15 |                                   | 275 Middlefield Road<br>Menlo Park, CA 94025                                                                                                                           |
| 16 |                                   | Telephone: 650/324-7000<br>Facsimile:  650/324-0638                                                                                                                    |
| 17 |                                   | HELLER EHRMAN LLP                                                                                                                                                      |
| 18 |                                   | MICHAEL SHEPARD<br>333 Bush Street, Suite 3100                                                                                                                         |
| 19 |                                   | San Francisco, CA 94104-2878<br>Telephone: 415/772-6000                                                                                                                |
| 20 |                                   | Facsimile:  415/772-6268                                                                                                                                               |
| 21 |                                   | Counsel for Defendants John L. Doyle, Jerald G. Fishman, Philip T. Gianos, William G. Howard, Jr., Harold E. Hughes, Michael Patterson and Elizabeth W. Vanderslice    |
| 22 |                                   |                                                                                                                                                                        |
| 23 |                                   |                                                                                                                                                                        |
| 24 |                                   |                                                                                                                                                                        |
| 25 |                                   |                                                                                                                                                                        |
| 26 |                                   |                                                                                                                                                                        |
| 27 |                                   |                                                                                                                                                                        |
| 28 |                                   |                                                                                                                                                                        |

STIPULATION & [~~PROPOSED~~] ORDER OF VOLUNTARY DISMISSAL OF ACTION
Master File No. C-06-3564-RMW

1  DATED: December 19, 2006                KEKER & VAN NEST
2                                          JAN NIELSEN LITTLE
                                           MICHAEL CELIO
3
4                                          _____
                                           MICHAEL CELIO
5
                                           710 Sansome Street
6                                          San Francisco, CA 94111-1704
                                           Telephone: 415/391-5400
7                                          Facsimile:  415/397-7188

8                                          Counsel for Defendants William P. Roelandts, Kris
                                           Chellam and Jon A. Olson
9                                                *       *       *

10 **PURSUANT TO STIPULATION, IT IS SO ORDERED**

11
12 Dated:   1/8/07                          /S/ RONALD M. WHYTE
                                            UNITED STATES DISTRICT COURT JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 XILINX:14319.STIP

STIPULATION & [PROPOSED] ORDER OF VOLUNTARY DISMISSAL OF ACTION
Master File No.  C-06-3564-RMW
- 4 -

## DECLARATION OF SERVICE

I, Maureen Longdo, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 750 B Street, Suite 2770, San Diego, California 92101.

2. That on December 19, 2006, declarant served STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL OF ACTION via the CM/ECF System to the parties who are registered participants of the CM/ECF System.

3. That on December 19, 2006, declarant served the parties who are not registered participants of the CM/ECF System, via United States Mail.

4. That there is regular communication between the parties.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of December 2006, at San Diego, California.

_____
MAUREEN LONGDO

STIPULATION & [PROPOSED] ORDER OF VOLUNTARY DISMISSAL OF ACTION
Master File No. C-06-3564-RMW

- 5 -

XILINX
Service List -- August 2, 2006
Page 1

| COUNSEL FOR PLAINTIFFS | COUNSEL FOR DEFENDANTS |
|---|---|
| Francis M. Gregorek<br>Betsy C. Manifold<br>Francis A. Bottini, Jr.<br>Rachele R. Rickert<br>WOLF HALDENSTEIN ADLER<br>  FREEMAN & HERZ LLP<br>750 B Street, Suite 2770<br>San Diego, CA 92101<br>    619/239-4599<br>    619/234-4599 (fax) | *  Jan Nielsen Little<br>    Michael D. Celio<br>    KEKER & VAN NEST LLP<br>    710 Sansome Street<br>    San Francisco, CA 94111-1704<br>        415/391-5400<br>        415/397-7188 (fax)<br>    jlittle@kvn.com<br>    mcelio@kvn.com<br>    Counsel for Defendants William P.<br>    Roelandts, Kris Chellam and Jon A. Olson |
| *  William S. Lerach<br>    Darren J. Robbins<br>    Travis E. Downs III<br>    David C. Walton<br>    LERACH COUGHLIN STOIA GELLER<br>      REDMAN & ROBBINS LLP<br>    655 West Broadway, Suite 1900<br>    San Diego, CA  92101<br>        619/231-1058<br>        619/231-7423 (fax) | ** Amy S. Park<br>    SKADDEN, ARPS, SLATE,<br>      MEAGHER & FLOM LLP<br>    300 South Grand Avenue, Suite 3400<br>    Los Angeles, CA  90071<br>        213/687-5000<br>        213/687-5600 (fax) |
| ** Deborah R. Gross<br>    LAW OFFICES BERNARD M.<br>      GROSS, P.C.<br>    Wanamaker Bldg. Suite 450<br>    100 Penn Square East<br>    Philadelphia, PA 19107<br>        215/561-3600<br>        215/561-3000 (fax) | ** Garrett Waltzer<br>    SKADDEN, ARPS, SLATE,<br>      MEAGHER & FLOM LLP<br>    525 University Avenue, Suite 1100<br>    Palo Alto, CA 94301<br>        650/470-4500<br>        650/470-4570 (fax) |
| *  Kenneth A. Elan<br>    LAW OFFICES OF KENNETH A. ELAN<br>    217 Broadway, Suite 606<br>    New York, NY  10007<br>        212/619-0261<br>        212/385-2707 (fax) | ** James E. Lyons<br>    SKADDEN, ARPS, SLATE,<br>      MEAGHER & FLOM LLP<br>    Four Embarcadero Center, Suite 3800<br>    San Francisco, CA 94111<br>        415/984-6400<br>        415/984-2698 (fax)<br><br>    Counsel for Nominal Defendant Xilinx, Inc. |

XILINX  
Service List -- August 2, 2006  
Page 2

<u>COUNSEL FOR DEFENDANTS</u>

\*   Norman J. Blears  
    HELLER EHRMAN LLP  
    275 Middlefield Road  
    Menlo Park, CA 94025  
        650/324-7000  
        650/324-0638 (fax)  
    Counsel for Defendants John L. Doyle, Jerald G. Fishman, Philip T. Gianos, William G. Howard, Jr., Harold E. Hughes, Michael Patterson and Elizabeth W. Vanderslice

\*     Denotes service via U.S. Mail  
\*\*    Denotes service via Electronic Filing